AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Giovanni Acevedo
DOB: 11/14/73

## CRIMINAL COMPLAINT

CASE NUMBER: 04-1624-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___ March 28, 2003 ___ in ___ Middlesex ___ county, in the District of ___ Massachusetts ___ defendant(s) did, (Track Statutory Language of Offense)

after having been previously convicted of a felony offense, possess, in and affecting commerce, a firearm, to wit: a Dan Wesson .357 magnum revolver, and ammunition.

in violation of Title ___ 18 ___ United States Code, Section(s) ___ 922(g)(1) ___ .

I further state that I am a(n) ___ ATF Special Agent ___ and that this complaint is based on the following
<br>Official Title

facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

02-05-2004                                          at     Boston, Massachusetts
Date                                                            City and State

Charles B. Swartwood
United States Magistrate Judge                              Signature of Judicial Officer
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.