04-1624-CBS

## AFFIDAVIT OF JOHN A. MERCER, JR.

I, John A. Mercer, Jr., being duly sworn, do state that:

1.  I am a Special Agent with the Bureau of Alcohol, Tobacco, and Firearms ("ATF"). I have been an ATF Special Agent for approximately thirteen years, and during that time I have been involved in numerous investigations of violations of federal firearm and controlled substance laws. Currently, I am assigned to a group in the Boston Field Office of ATF that, in part, works with other federal, state, and local police departments in and around the City of Boston to investigate and prosecute violations of federal firearm, explosive and controlled substance laws.

2.  Based on my training and experience as an ATF Special Agent, I know that it is a violation of 18 U.S.C. §922(g)(1) for any person who has been convicted of a felony to possess any firearm in or affecting commerce, or to receive any firearm which has been shipped or transported in interstate or foreign commerce.

3.  For the past seven months or so, I have been involved in an investigation of the activities of Giovanni ACEVEDO, whose date of birth is November 14, 1973, and whose social security number is 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. Based on my own personal investigation, and the assistance of the Malden Police Department, I have learned the following.

4.    On March 27, 2003, Malden Police officers were
conducting surveillance at 89 Laurel Street in Malden, MA.    89
Laurel Street is a duplex, with one apartment on the left side
and one apartment on the right side.    In the driveway of 89
Laurel Street officers observed a 2002 BMW automobile that had
been reported stolen.    At approximately 9:30 p.m., officers
observed Giovanni Acevedo and a female enter the car; Acevedo
entered the driver's side and the female entered the through the
passenger's side.    After Acevedo started the engine, officers
approached the car and arrested Acevedo and the female passenger.

5.    Upon completing the arrests, officers proceeded into 89
Laurel Street, right-side apartment, to execute an arrest warrant
for a female named Candyce Rose Lamarra ("Lamarra").    The arrest
warrant for Lamarra was issued on March 27, 2003, and  listed her
address as 89 Laurel Street, Malden, MA.

6.    During their search for Lamarra, officers entered a
front bedroom on the second floor.    In plain view on a bureau
officers observed several items, including: a spoon with residue,
two plastic bottles, which are commonly used to smoke crack
cocaine, empty heroin packages, a small bag containing a
substance believed to be cocaine, a bag containing a substance
believed to be marijuana, and a Styrofoam ammunition box which
contained .38 caliber ammunition.    Officers also observed

2

pictures of Giovanni Acevedo on the wall of the bedroom and also
on the bureau mirror. After these items were discovered, the
bedroom was secured to permit officers an opportunity to apply
for a search warrant.

7.    According to Jean Sardone, the owner/landlord of 89
Laurel Street, her son Derek Sardone and Giovanni Acevedo were
living in the right side apartment of 89 Laurel Street in March
of 2003. According to Sardone, her son was staying in the rear
bedroom and Acevedo was staying in the front bedroom on the
second floor of the right-side apartment. Acevedo's girlfriend
was also staying with him in the bedroom. According to Sardone,
Acevedo paid her between $600 and $700 in rent and stayed there
for a few months.

8.    On March 28, 2003, at approximately 9:00 a.m., Malden
Detective David Jordan applied for and obtained a state search
warrant for the second floor, front bedroom at 89 Laurel Street,
Malden, Massachusetts. The search warrant authorized a search
for, among other things, firearms and narcotics. During the
execution of the search warrant, officers found two small, locked
safes in Acevedo's bedroom; the safes were forced open. In the
safes officers found a loaded Dan Wesson, .357 magnum revolver,
serial number SD013748, twenty-one small packets of heroin, a
small bag of marijuana, $445 in cash, narcotics packaging

3

materials, a social security card with Giovanni Acevedo's name, credit cards in Acevedo's name, as well as assorted bills in Acevedo's name.

9.   On or about March 28, 2003, the Dan Wesson revolver was analyzed by the Massachusetts State Police crime laboratory for identifiable fingerprints.  Although six partial latent prints were located, none of them possessed sufficient detail for an individual identification.  Two of the prints were of sufficient quality to permit further comparison to the known fingerprints of Giovanni Acevedo.  According to the fingerprint examiner, Giovanni Acevedo can be excluded as the source of one print, but cannot be excluded as the source of the other print.

10.   I have obtained from the Malden District Court Criminal Clerk's Office a certified copy of conviction indicating that ACEVEDO was convicted in January of 1997 of assault and battery with a dangerous weapon. I am aware that under Massachusetts General Law, this offense is a felony, punishable by a term of imprisonment in excess of one year.

11.   The Massachusetts State Police Ballistics Unit test-fired the Dan Wesson, .357 magnum revolver, serial number SD013748, and determined the firearm functioned as designed.

12.   Based on my investigation I was able to determine the Dan Wesson, .357 magnum, revolver, serial number SD013748 had

4

traveled in interstate commerce and that the ammunition seized was manufactured outside the Commonwealth of Massachusetts.

13. Based on the above, I believe probable cause exists to conclude that on or about March 28, 2003, in Malden, within the District of Massachusetts, Giovanni ACEVEDO, after having been convicted of a felony offense, knowingly possessed, in and affecting commerce, a firearm, to wit: a Dan Wesson, .357 magnum revolver, serial number SD013748, and ammunition in violation of 18 U.S.C. §§922(g)(1).

John A. Mercer, Jr.
Bureau of Alcohol, Tobacco
and Firearms


Sworn and subscribed to before me this fifth day of February, 2004.

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE

5