UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | NO. 04-1624-CBS |
| ) | |
| GIOVANNI ACEVEDO        ) | |

DISMISSAL OF COMPLAINT

The United States of America, by United States Attorney Michael J. Sullivan, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, in the interests of justice, hereby dismisses the above-numbered complaint, dated February 5, 2004.

Respectfully submitted,

Michael J. Sullivan
United States Attorney

By:

JAMES B. FARMER
Chief, Criminal Division

LEAVE TO FILE GRANTED:

_____
CHARLES B. SWARTWOOD
UNITED STATES MAGISTRATE JUDGE

Dated: